644

Opinion filed December 14, 1937.
W. G. Anderson, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

**People of the State of Illinois, defendant in error, v. Rose Ristick, plaintiff in error. Gen. No. 39,761.**

Opinion filed December 14, 1937.
W. G. Anderson, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

**People of the State of Illinois ex rel. Philip McGuire et al., appellants, v. City of Chicago et al., appellees. Gen. No. 39,458.**

Judgment order entered January 29, 1937, affirmed. Opinion filed December 14, 1937.
Samuel A. & Leonard B. Ettelson, for appellants; Samuel A. Ettelson, Edward C. Higgins and Carl J. Appell, of counsel. Barnet Hodes, Corporation Counsel, for appellees; Joseph F. Grossman and J. Herzl Segal, Assistant Corporation Counsel, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

**People of the State of Illinois, defendant in error, v. George Downs, plaintiff in error. Gen. No. 39,664.**

Opinion filed December 14, 1937.
James M. Burke and George M. Crane, for plaintiff in error. No appearance for defendant in error.

Mr. Justice John J. Sullivan delivered the opinion of the court.

**Marion Leszczynski, appellee, v. Mary Twarowski, appellant. Gen. No. 39,740.**